**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Manuel Lopez-Flores,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　　Defendants. | No. CV-20-00564-TUC-DCB<br><br>**ORDER** |

Pursuant to the Order of this Court issued on March 25, 2021 (Doc. 7), and because the Plaintiff has failed to serve the Complaint and prosecute this case,

**Accordingly,**

**IT IS ORDERED** that this case is dismissed, and the Clerk of the Court shall close this case.

**Dated this 12th day of January, 2022.**

Honorable David C. Bury
United States District Judge